**COM.**

**v.**

**CARROLL, A., Jr.**

**88 MDA 2016**

Superior Court of Pennsylvania.

03/29/2017

CP–36–CR–0001537–2015, CP–36–MD–0000769–2015, CP–36–MD–0000797–2015 (Lancaster)

Affirmed

**COM.**

**v.**

**WILLIAMS, G.**

**288 MDA 2016**

Superior Court of Pennsylvania.

03/29/2017

CP–35–CR–0001294–2012 (Lackawanna)

Vacated/Remanded

**COM.**

**v.**

**DANNER, D.**

**532 MDA 2016**

Superior Court of Pennsylvania.

03/29/2017

CP–08–CR–0000020–2008 (Bradford)

Affirmed

**BAYVIEW LOAN SERVICING, LLC**

**v.**

**PLOUFFE W., Jr.**

**795 MDA 2016**

Superior Court of Pennsylvania.

03/29/2017

15–3035–01 (Berks)

Quashed

**COM.**

**v.**

**CARROLL, A., Jr.**

**1256 MDA 2016**

Superior Court of Pennsylvania.

Filed 03/29/2017

CP–36–CR–0001537–2015 (Lancaster)

Quashed

